IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Amy L. Borger,   Case No.: 3:20-cv-01930-JGC

    Plaintiff

v.   **ORDER**

Commissioner of Social Security

    Defendant.

This is an appeal from the denial of Social Security benefits. I referred the petition to a Magistrate Judge for filing of a Report & Recommendation, which the Magistrate Judge has filed (Doc. 19). In the Report & Recommendation the Magistrate Judge has duly notified the parties of the deadline for filing objections. That time has passed without the petitioner having filed timely objections. The Commissioner filed a response in which he indicated that he would not file an objection. (Doc. 20).

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

ORDERED THAT the Magistrate Judge's Report & Recommendation (Doc. 19) be, and the same hereby is, adopted as the order of this court, and the petition be, and the same hereby is, REMANDED to the Commissioner for further proceedings consistent with the Report and

Recommendation. The Clerk of Court shall mark this matter closed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge